1  KATHERINE HART #76715
   Attorney at Law
2  2055 San Joaquin
   Fresno, Ca. 93721
3  Telephone: (559) 256-9800
   Facsimile: (559) 256-9798
4
   Attorney for Defendant
5  YORN DORN

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CV-F-06-00313 LJO |
| Plaintiff, | REQUEST TO DELAY PRISON SURRENDER PENDING DESIGNATION OF FACILITY |
| v. | Existing date: August 7, 2009 at 2:00 p.m. |
| YORN DORN, et al. | New date requested: September 11, 2009 at 2:00 p.m. |
| Defendants. | |

TO THE HONORABLE LAWRENCE J. O'NEILL, JUDGE OF THE EASTERN DISTRICT, and to KATHLEEN SERVATIUS counsel for the government:

YORN DORN's surrender date was set for August 7, 2009 at 2:00 p.m. There is no designated facility yet. MONTE OLSON of Pretrial Services, who has been in contact with the United States Marshall Service, notified counsel KATHERINE HART that a proposed surrender date of September 11, 2009 should be a sufficient amount of time within which to establish his prison designation.

Counsel KATHERINE HART left a voicemail message at 11: 15 am on August 3, 2009 for government's counsel, notifying her of the request for an extension of the surrender date; the voicemail message for KATHLEEN SERVATIUS stated that she was out of the office for two weeks.

Therefore, for good cause, counsel requests that YORN DORN's surrender date be extended to Friday, September 11, 2009 at 2:00 p.m.

DATED: August 3, 2009          /s/Katherine Hart
KATHERINE HART, Attorney for YORN DORN

## ORDER

Since this request was received, chambers has received a "No objection" message from AUSA Servatius. Good cause appearing, it is hereby ordered that the surrender date of YORN DORN be extended to Friday, September 11, 2009 at 2:00 p.m.    All terms and conditions of release remain in full force and effect.

IT IS SO ORDERED.

**Dated:   August 3, 2009**          /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE